JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYBN 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7296
    Facsimile: (415) 436-7234
    Email: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 09-MJ-70641 MAG |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME LIMITS OF RULE 5.1(c) |
| JOSE RODRIGUEZ-ANTECON, | |
| Defendant. | |

On July 20, 2009, the parties in this case appeared before the Court for an initial appearance and arraignment. At that time, the parties requested, and the Court agreed, to set the date for a preliminary hearing and detention hearing on August 4, 2009 at 9:30 a.m. Pursuant to Federal Rule of Criminal Procedure 5.1(d), the defendant consented to this extension of time, and the parties represent that good cause exists for this extension. The parties continue to investigate the case and to consider resolution through a plea agreement. At the hearing, the Court found

STIPULATION & [PROPOSED] EXTENDING TIME LIMITS
CR 09-mj-70641 MAG     1

1  that good cause exists for an extension of the time limits provided by Federal Rule of Criminal
2  Procedure 5.1(c) to ensure continuity of counsel.

4  SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

8  DATED: July 20, 2009         /s/
BENJAMIN P. TOLKOFF
Assistant United States Attorney

11  DATED: July 20, 2009         /s/
JODI LINKER
Attorney for JOSE RODRIGUEZ-ANTECON

## [PROPOSED] ORDER

For the reasons stated above and at the July 20, 2009 hearing, the Court finds that the extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from July 20, 2009 through August 4, 2009 is warranted and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case.

IT IS SO ORDERED.

DATED: 7/23/09

THE HONORABLE NANDOR J. VADAS
United States Magistrate Judge

STIPULATION & [PROPOSED] EXTENDING TIME LIMITS
CR 09-mj-70641 MAG

2